Matter of Giruzzi (Commissioner of Labor) (2023 NY Slip Op 03965)

Matter of Giruzzi (Commissioner of Labor)

2023 NY Slip Op 03965

Decided on July 27, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:July 27, 2023

CV-23-0015
[*1]In the Matter of the Claim of Thomas Giruzzi, Appellant. Commissioner of Labor, Respondent.

Calendar Date:June 23, 2023

Before:Garry, P.J., Lynch, Clark, Pritzker and Reynolds Fitzgerald, JJ.

Thomas Giruzzi, Utica, appellant pro se.
Letitia James, Attorney General, New York City (Mary Hughes of counsel), for respondent.

Appeal from a decision of the Unemployment Insurance Appeal Board, filed June 6, 2022, which, among other things, ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.
Decision affirmed. No opinion.
Garry, P.J., Lynch, Clark, Pritzker and Reynolds Fitzgerald, JJ., concur.
ORDERED that the decision is affirmed, without costs.